UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIETE COOPERATIVE A RESPONSABILITE LIMITEE INTERCOMMUNALE D'ETUDE DE GESTION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DMITRY PITERMAN,<br><br>　　　　Defendant. | Case No. 15-cv-05562-RS<br><br>**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

A case management conference for this matter is scheduled for Mach 17, 2016. In light of plaintiff's counsel's scheduling conflict, the parties have stipulated to continue the conference until March 31, 2016. The court is not available on that date, however, and therefore the case management conference will be continued until April 7, 2016.

**IT IS SO ORDERED**.

Dated: 3/4/16

_____
RICHARD SEEBORG
United States District Judge